UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RYAN D. HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:11-CV-571 |
| ) | (VARLAN/SHIRLEY) |
| CAROLYN COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley on September 4, 2013 [Doc. 24]. In the R&R, Magistrate Shirley recommended that plaintiff's Motion for Attorney Fees Pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Doc. 19] be granted in part, and that plaintiff be awarded attorney fees in the amount of $3,287.50. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 24], and Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act,

28 U.S.C. § 2412(d) [Doc. 19] is hereby **GRANTED in part**, and it is **ORDERED** that a judgment awarding plaintiff the amount of $3,287.50 for attorney fees be entered.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT

2